Circuit Court for Baltimore City
Case No. 24-C-18-002976
Argued: April 5, 2022

IN THE COURT OF APPEALS

OF MARYLAND

No. 50

September Term, 2021

---

CHRISTOPHER W. MEE, et al.

v.

ROBERT PETERSON, et al.

---

Getty, C.J.,
Watts
Hotten
Booth
Biran
Raker, Irma S.
    (Senior Judge, Specially Assigned)
McDonald, Robert N.
    (Senior Judge, Specially Assigned),
        JJ.

---

PER CURIAM ORDER

---

Filed: April 12, 2022

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

CHRISTOPHER W. MEE, et al.      *      IN THE

                                  *      COURT OF APPEALS

                                  *      OF MARYLAND

v.                               *      COA-REG-0050-2021

                                  *      No. 50

ROBERT PETERSON, et al.      *      September Term, 2021

## PER CURIAM ORDER

The petition for writ of certiorari in the above-captioned case having been granted and argued, it is this 12th day of April, 2022,

**ORDERED**, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

/s/ Joseph M. Getty
Chief Judge